# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **NANCY FAULCONER,**  Plaintiff,  v.  **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HOME AMERICA MORTGAGE, INC., U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2007-2, TBW MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2, AND AMERICAN HOME MORTGAGE SERVICING, INC.,**  Defendants. | Civil Action No. 5:12-CV-246 (HL) |

## ORDER

On April 29, 2013, the parties filed a status report informing the Court that the case has not been resolved. Thus, the stay previously entered is lifted. The following deadlines now govern this case:

1. Defendants' response to Plaintiff's Motion for Leave to File an Amended Complaint is due on or before May 15, 2013.

2. Plaintiff's responses to Defendants' discovery requests are due on or before May 15, 2013.

3. The time for discovery will expire on May 30, 2013. No discovery request may be served unless the response to the request can be completed within the time specified by the rules and within the discovery period. Except by written consent of the parties first filed with the Court, no deposition shall be scheduled beyond the discovery period.

Since the parties are the ones who suggested the 30-day discovery period, the Court will not extend this date.

4. As the parties did not request additional time to disclose experts, none will be given.

5. The deadline to file any motions to join parties or amend the pleadings is May 15, 2013.

4. All dispositive motions must be filed on or before July 15, 2013.

5. All <u>Daubert</u> motions must be filed on or before June 28, 2013.

All other provisions contained in the October 11, 2012 Scheduling and Discovery Order remain in effect.

**SO ORDERED**, this the 30th day of April, 2013.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh